448 A.2d 1165

Commonwealth v. Carter, Appellant.

Petition for Allowance of Appeal Denied Oct. 29, 1982.

Submitted February 16, 1982.  Charles L. Pelletreau, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.